IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Soumare, Tidiane

Printed: 12/28/07

Case Number: 07 B 10425
Judge: Wedoff, Eugene R
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 560.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 529.76 |
| Trustee Fee: | | 30.24 |
| Other Funds: | | 0.00 |
| Totals: | 560.00 | 560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,338.50 | 529.76 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 5. | AMC Mortgage Services Inc | Secured | 15,000.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 25,681.51 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 943.22 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 430.58 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 128.61 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 214.87 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 274.05 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 479.41 | 0.00 |
| 13. | AT&T Wireless | Unsecured | 410.73 | 0.00 |
| 14. | Verizon Wireless Midwest | Unsecured | 342.24 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 3,729.47 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 1,205.87 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 347.10 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 4,336.60 | 0.00 |
| 19. | Citron | Unsecured | 3,032.13 | 0.00 |
| 20. | Cook County Treasurer | Priority | | No Claim Filed |
| 21. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 22. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 23. | Associated Creditor Exchange | Unsecured | | No Claim Filed |
| 24. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Soumare, Tidiane

Printed:  12/28/07

Case Number:  07 B 10425
Judge:  Wedoff, Eugene R
Filed:  6/11/07

| | | | | |
|---|---|---|---|---|
| 26. | Cbe Group | Unsecured | | No Claim Filed |
| 27. | First USA Bank N A | Unsecured | | No Claim Filed |
| 28. | LVNV Funding | Unsecured | | No Claim Filed |
| 29. | Credit Management Co. | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | Midland Credit Management | Unsecured | | No Claim Filed |
| 32. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 33. | Torres Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,894.89 | $ 529.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 30.24 |
| | _____ |
| | $ 30.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

